B1 (Official Form 1) (04/13)

# United States Bankruptcy Court
## Northern District of Alabama

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Franklin Homes, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): **63-0573970** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**10655 Highway 43**<br>**Russellville, AL**<br>ZIPCODE **35653** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Franklin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

### Type of Debtor
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Chapter 15 Debtor
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Nature of Business
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

### Tax-Exempt Entity
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Franklin Homes, Inc.** |
|---|---|

### All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>　　Signature of Attorney for Debtor(s)　　　　　　　　Date |
|---|---|

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
　☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
　☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Franklin Homes, Inc.** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Debtor <br> X _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br> (Check only **one** box.) <br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br> Signature of Foreign Representative <br><br> _____ <br> Printed Name of Foreign Representative <br><br> _____ <br> Date |
| **Signature of Attorney*** <br> X */s/ [signature]* <br> Signature of Attorney for Debtor(s) <br><br> **Lee R. Benton, Esq. ASB-8421-E63L** <br> **Benton & Centeno, LLP** <br> **2019 Third Avenue North** <br> **Birmingham, AL 35203-3301** <br> **(205) 278-8000** <br> **lbenton@bcattys.com** <br><br> 4/29/15 <br> Date <br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Petition Preparer** <br> I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br> Address <br><br> X _____ <br> Signature <br><br> Date <br> Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** <br> I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X */s/ [signature]* <br> Signature of Authorized Individual <br> **Peter D James** <br> Printed Name of Authorized Individual <br> **President** <br> Title of Authorized Individual <br> 4/29/15 <br> Date | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Alabama**

IN RE:                                                                      Case No. _____

Franklin Homes, Inc.                                               Chapter **11**
                                         Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................. $ **375.00/hr**

   Prior to the filing of this statement I have received ........................................................ $ **15,848.22**

   Balance Due .................................................................................................. $ _____

2. The source of the compensation paid to me was: ☑ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is: ☑ Debtor ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:
   **Representation of Debtor in any post petition contested matter shall be separately negotiated and billed on an hourly basis for such representation**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

4/29/15
Date

Lee R. Benton, Esq. ASB-8421-E63L
Benton & Centeno, LLP
2019 Third Avenue North
Birmingham, AL 35203-3301
(205) 278-8000
lbenton@bcattys.com

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)**
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1167 filing fee, $550 administrative fee: Total fee $1717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**United States Bankruptcy Court**
**Northern District of Alabama**

IN RE:                                                                                       Case No. _____

Franklin Homes, Inc.                                                                         Chapter **11**
_____
                           Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

Printed Name and title, if any, of Bankruptcy Petition Preparer
Address:

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

X _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Franklin Homes, Inc.**                              X _____ PRESIDENT _____  4/29/15
Printed Name(s) of Debtor(s)                          Signature of Debtor                    Date

Case No. (if known) _____            X _____
                                                Signature of Joint Debtor (if any)            Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

IN RE:                                                             Case No. _____

Franklin Homes, Inc. _____ Chapter **11** _____
                                      Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: __4/29/15__    Signature: _____
                                                Peter D James, President                         Debtor

Date: _____ Signature: _____
                                                                                                                             Joint Debtor, if any

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Franklin Homes, Inc.
10655 Highway 43
Russellville, AL 35653

AMES Taping Tools
P.O. Box 932517
Atlanta, GA 31193-2517

Basic Supply, Inc.
P.O. Box 99
Lynn, AL 35575

Benton & Centeno, LLP
2019 Third Avenue North
Birmingham, AL 35203-3301

AMS Of Indiana, Inc.
3933 E. Jackson Blvd.
Elkhart, IN 46516

Baymont, Inc.
P.O. Box 45
Golden, MS 38847

2/10 Home Buyers Warranty
P.O. Box 371348
Denver, CO 80237

Arkansas Manufactured Home
101 East Capitol Avenue, Ste. 210
Little Rock, AR 72201-3826

Baymont, Inc. Warranty
P.O. Box 45
Golden, MS 38847

21 Mortgage Corporation
P.O. Box 220
Knoxville, TN 37902

Arkansas Manufactured Housing
1123 S. University Ave. Ste. 720
Little Rock, AR 72204

BBC Distribution, LLC
2649 Momentum Place
Chicago, IL 60689-5326

A&G Commercial Trucking
P.O. Box 229
Ashland, MO 65010

Associated Bag Company
P.O. Box 3036
Milwaukee, WI 53201-3036

Bennett Truck Transport
P.O. Box 100005
McDonough, GA 30253-9305

A-1 Homes
2027 Highway 6
Natchitoches, LA 71457

AT&T Fax/Long Distance
P.O. Box 105262
Atlanta, GA 30348-5501

Blue Cross Blue Shield Of Alabama
P.O. Box 360037
Birmingham, AL 35236-0037

AFLAC Worldwide Headqtrs
1932 Wynnton Road
Columbus, GA 31993-9615

At&T Mobility
P.O. Box 536216
Atlanta, GA 30353-6216

Brady Law Firm, PLLC
520 E. Rail Road, Ste. B
Long Beach, MS 39560

Alabama Manufactured Housing
350 South Decatur Street
Montgomery, AL 36104

AT&T-Internet
P.O. Box 5019
Carol Stream, IL 60197-5019

Brandi N. Graham
145 Mia Lane
Russellville, AL 35653

Alabama Manufactured Housing
P.O. Box 241607
Montgomery, AL 36124-1607

Babco Roofing Co., Inc.
P.O. Box 649
Tuscumbia, AL 35674

Buffalo Rock Company
P.O. Box 2247
Birmingham,, AL 35201-2247

American Paper & Twine Co.
P.O. Box 90348
Nashville, TN 37209

Basic Components, Inc.
1201 S. Second Avenue
Mansfield, TX 76063

Campbell Guin Williams Guy & Gidiere LLC
P.O. Box 3206
Tuscaloosa, AL 35403-3206

CB&S Bank
200 S. Jackson Avenue
P.O. Box 910
Russellville, AL  35653

Cenla Mobile Homes, LLC
DBA Cenla Homes
8811 Highway 28 West
Alexandria, LA  71303

Cintas Corp.
P.O. Box 630910
Cincinnati, OH  45263-0910

Clark Gas Company, Inc.
4525 Parkway Drive
Florence, AL  35630-7618

Consolidated Forest Products
155 County Highway 62
Bear Creek, AL  35543

Coral Industries
P.O. Box 10568
Birmingham, AL  35202

Cullman Cabinet & Supply
P.O. Box 1150
Cullman, AL  35056

Dave Carter & Associates
P.O. Box 934842
Atlanta, GA  31193-4842

Dean Dronet
8922 Highway 389
Abbeville, LA  70510

Derryl Gardner
321 Auburn Road
Russellville, AL  35653

Diego E. Garcia
D&G Drywall
575 Payne Creek Lot 101
Russellville, AL  35654

Dixie Plywood
3225 Franklin Limestone Road
Antioch, TN  37013

Dixie Signs & Decals, Inc.
3116 Northington Ct.
Florence, AL  35630

Dream Homes Of Mississippi, LLC
P.O. Box 5125
Meridian, MS  39302

DTI-Design Tech, Inc.
58665 Glenriver Drive
Goshen, IN  46528

E&E Coatings, Inc.
40 Red Hill Road
Baileyton, AL  35019

Edgewood Mobile Homes, Inc.
DBA Edgewood Homes Of Middlesboro
P.O. Box 697
Middlesboro, KY  40965

Elixir Door And Metals Co.
P.O. Box 743166
Atlanta, GA  30374-3166

EMC Insurance Companies
P.O. Box 219225
Kansas City, MO  64121-9225

Family Pharmacy
318 S. Jackson Avenue, Ste. 1
Russellville, AL  35653

Fastenal Company
P.O. Box 978
Winona, MN  55987-0978

Formica Corporation
P.O. Box 643956
Pittsburgh, PA  15264-3956

Franklin Co. Land Manage
Inert Landfill
13020 Hwy 187
Russellville, AL  35653

Franklin Group, Inc.
10655 Highway 43
Russellville, AL  35653

Gary Pounders
102 Cottonwood Drive
Muscle Shoals, AL  35661

General Electric Company
P.O. Box 102176   Annex 68
Atlanta, GA  30368

Georgia Dept. Of Community
60 Executive Park South, NE
Atlanta, GA  30329-2231

Georgia Mfg. Hsng. Assn.
199 East Main Street
Forsyth, GA  31029

Geradau Ameristeel US Inc.
P.O. Box 905742
Charlotte, NC  28290-5742

Grass America, Inc.
16528 Collections Center Drive
Chicago, IL  60693

| | | |
|---|---|---|
| GSH Of Alabama, LLC<br>4800 Whitesburg Drive, Ste. 30-351<br>Huntsville, AL 35802 | Homefront<br>715 Hwy 82 West<br>Greenwood, MS 38930 | JFE Enterprises, LLC<br>Dba Athens Factory Outlet Homes<br>P.O. Box 565<br>Athens, TN 37371-0565 |
| Guardian<br>P.O. Box 8012<br>Appleton, WI 54912-8012 | HWH Mobile Home, Inc.<br>DBA Magic City Mobile Homes<br>5485 Hwy 11 North<br>Ellisville, MS 39437 | John Herston<br>707 Adams Street<br>Russellville, AL 35653 |
| Gulf Coast Manufactured Homes<br>80117 Hwy 90 W<br>New Iberia, LA 70560 | Inside Stone<br>P.O. Box 12<br>Spruce Pine, AL 35585 | Johnny Keplinger<br>1440 Pike Ave<br>Phil Campbell, AL 35581 |
| Gulf Gate, Inc.<br>1734 NPIC<br>Corpus Christie, TX 78408 | Integrated Corporate Solutions<br>P.O. Box 443<br>Florence, AL 35631-0443 | Kentec, Inc.<br>Dept. 720026<br>P.O. Box 1335<br>Charlotte, NC 28201-1335 |
| Gulf Power<br>P.O. Box 830660<br>Birmingham, AL 35283-0660 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Kentucky Mfg. Housing<br>2170 US 127 South<br>Frankfort, KY 40601 |
| Haleyville Drapery, LLC<br>P.O. Box 695<br>Haleyville, AL 35565 | Isbell Water System<br>P.O. Box 209<br>Russellville, AL 35653 | Kinro Composites, Inc.<br>P.O. Box 910886<br>Dallas, TX 73591-0886 |
| Hawks Homes<br>P.O. Box 1109<br>Conway, AR 72033 | ITW Polymers Sealants<br>ITW Polymers Sealants North America<br>75 Remittance Drive, Ste. 6871<br>Chicago, IL 60675-6871 | KT Construction<br>P.O. Box 218<br>Welsh, LA 70591 |
| Heartland Mfg. Homes LLC<br>5151 Heatland Drive<br>Paducah, KY 42001 | Jaco Sales, LLC<br>DBA Homestead Homes, LLC<br>3186 Kent Road<br>Tallassee, AL 36078 | Kuehn Bevel<br>10 Furnace Street<br>Stanhope, NJ 07874 |
| HMH Supply<br>P.O. Box 38<br>Bear Creek, AL 35543 | Jason Escoyne<br>1012 Eva Lane<br>Breaux Bridge, LA 70517 | Laser Works Of East Tennesse<br>1795 Mt. Carmel Rd.<br>Mosheim, TN 37818 |
| Holcomb Tire Service<br>312 Montgomery Street<br>Russellville, AL 35653 | Jerry James<br>925 Old Highway 20<br>Tuscumbia, AL 35674 | Lee Law Firm, LLC<br>N/A<br>NA, NA |

| | | |
|---|---|---|
| Leitman Siegal Payne Campbell<br>420 20th Street North, Ste. 2000<br>Birmingham, AL 35203 | Mississippi Mfg Housing<br>P.O. Box 320369<br>Jackson, MS 39232-0369 | NTA, Inc.<br>305 North Oakland Avenue<br>P.O. Box 490<br>Nappanee, IN 46550 |
| Lomanco, Inc.<br>P.O. Box 519<br>Jacksonville, AR 72078 | Mitek Industries, Inc.<br>4399 Collections Cntr Drive<br>Chicago, IL 60693 | Omar Bustamante<br>864 Highway 48<br>Russellville, AL 35654 |
| Louisiana Manufactured Housing Assoc.<br>4847 Revere Avenue<br>Baton Rouge, LA 70808 | Monroe County Mobile Homes, Inc.<br>3960 Hwy. 411<br>Madisonville, TN 37354 | Oxford Housing, Inc.<br>90 Hamric Drive East<br>Oxford, AL 36203 |
| Lowes<br>P.O. Box 530954<br>Atlanta, GA 30353-0954 | Mood<br>South Central A/V<br>2809 Newby Rd #105<br>Huntsville, AL 35805 | Pacific Lumber Resources<br>P.O. Box 296<br>Lake Oswego, OR 97034 |
| McCaleb Tool Supply, Inc.<br>P.O. Box 705<br>Winfield, AL 35594 | Moss Supply Company<br>P.O. Box 26338<br>Charlotte, NC 28221 | Palmer Chiropractic Clinic<br>P.O. Box 117<br>Haleyville, AL 35565 |
| McIntosh Show Landscapes, Inc.<br>P.O. Box 5<br>New Paris, IN 46553 | New Orleans Modular Homes<br>P.O. Box 7745<br>New Orleans, LA 70010 | Panthers Industries<br>2211 S. Foster Avenue<br>Wheeling, IL 60090 |
| Mednik*Riverbend<br>6740 Romiss Court<br>St. Louis, MO 63134 | Nordyne<br>P.O. Box 405889<br>Atlanta, GA 30384-5889 | Patrick Industries, Inc.<br>4701 Solutions Center<br>Chicago, IL 60677-4007 |
| MHARR<br>1331 Pennsylvania Ave. NW Ste. 512<br>Washington, DC 20004 | Northwest Abrasive & Supply<br>P.O. Box 664<br>Haleyville, AL 35565 | Paul's Repossessed Mobile Homes, Inc.<br>D/B/A Denham Springs Housing<br>1703 Florida Blvd<br>Denham Springs, LA 70726 |
| Michael Dee Sandusky<br>613 Adam Street<br>Russellville, AL 35653 | Northwest Alabama Marble<br>P.O. Box 365<br>Russellville, AL 35653 | Pitney Bowes Globak Financial<br>P.O. Box 371887<br>Pittsburgh, PA 15250-7887 |
| Mill Creek Lumber, Inc.<br>P.O. Box 1313<br>Haleyville, AL 35565 | Northwest Alabama Supply<br>P.O. Box 68<br>Hodges, AL 35571 | Posey Supply, Inc.<br>P.O. Box 156<br>Double Springs, AL 35553 |

Powell's Tire And Axle, Inc.
635 Hwy 9 By-Pass West
Loris, SC  29569

Reliable Computer Solutions
405 US Highway 131 S
White Pigeon, MI  49099-8145

Sinclair Oconee Realty, Inc.
904 Oak Street
Eatonton, GA  31024

PPG Architectural Coating
P.O. Box 536864
Atlanta, GA  30353-6864

RMP Capital
1747 Veterans Memorial Highway, Ste. 6
Islandia, NY  11749

Southwest A/C
1230 W Gloria Switch Road
Carencro, LA  70520

Pratt Homes
310A SSE Loop 323
Tyler, TX  75702

Rowe Building Supply
7133 Hwy 43
Spruce Pine, AL  35543

Star Printing Of Hamilton
P.O. Box 880
Hwy 17 South
Hamilton, AL  35570

Premier Homes Of The Mid South LLC
1724 Jet City Road
ElDorado, AR  71730

Royce Crowell
450 Cuba Ridge Road
Phil Campbell, AL  35581

State Industries, Inc.
12610 Collection Center Drive
Chicago, IL  60693

Price Sales, Inc.
P.O. Box 1212
Russellville, AL  35653

RR Donnelley Logistics Service
DBA DLS Worldwide
P. O. Box 932721
Cleveland, OH  44193

State Of Alabama
Department Of Revenue/Legal Division
P.O. Box 320001
Montgomery, AL  36132-0001

Printers & Stationers
P.O. Box T
Florence, AL  35631

Russellville Florist
12175 Highway 43
Russellville, AL  35653

State Of Kentucky Department Of Revenue
Bankruptcy Dept.
P.O. Box 491
Frankfort, KY  40602-0491

Pro-Dec Products, Inc.
P.O. Box 542035
Houston, TX  77254

Sammy Taylor
46 Bainbridge Circle
Muscle Shoals, AL  35661

State Of Missouri Department of Revenue
Bankruptcy Unit
P.O. Box 475
Jefferson City, MO  65105

Quill Corporation
P.O. Box 37600
Philadelphia, PA  19101-0600

Service Partners
P.O. Box 2676
Mechanicsville, VA  23116-2676

State of South Carolina Dept Of Rev.
Bankruptcy Dept.
P.O. Box 12265
Columbia, SC  29211

R J Young
P.O. Box 41668
Nashville, TN  37204-1668

Shaw Industries, Inc.
P.O. Box 100232
Atlanta, GA  30384-0232

State of Tennessee Department Of Revenue
Bankruptcy Unit
500 Deaderick Street, 10th Floor
Nashville, TN  37219

Ranch Park Homes, Inc.
2824 Gray Hwy
Macon, GA  31211

Shelter Products, Inc.
P.O. Box 789
Phil Campbell, AL  35581

State Of Texas Department of Revenue
Revenue Accounting Division
P.O. Box 13528
Austin, TX  78711-3528

Strickland & Barksdale
P.O. Box 506
Russellville, AL  35653

Wesco Distributing Inc.
P.O. Box 530409
Atlanta, GA  30353-0409

T3
2639 North Monroe Street, Ste. C-102
Tallahassee, FL  32303

West Georgia National Bank
205 East College Street
Bowdon, GA  30108

Tennessee Housing Association
P.O. Box 140688
Nashville, TN  37214

Wheel Estate Mobile Homes, Inc.
P.O. Box 1299
Tupelo, MS  38802

Texas Manufactured Housing Asn
505 W 14th Street
Austin, TX  78701

Whitney National Bank
805 Collins Blvd
Covington, LA  70433

The Home Place, LLC
5305 Veterans Memorial Drive
Adamsville, AL  35005

Woodford Plywood
P.O. Box 50007
Albany, GA  31703-0007

TLR Homes, Inc.
P.O. Box 8448
Lumberton, TX  77657

Woodrow Taylor
645 McCaig Road
Phil Campbell, AL  35581

TTARP Investments, Inc.
Pratt Home
310A SSE Loop 323
Tyler, TX  75702

Young Welding Supply, Inc.
P.O. Box 700
Sheffield, AL  35660

UFPD
2701 Ada Drive
Elkhart, IN  46514

United Parcel Service
P.O. Box 7247-0244
Philadelphia, PA  19170-0001

Universal Forest Products
Eastern Division, Inc.
5631 S. NC 62
Burlington, NC  27215

# CORPORATE RESOLUTION OF
# FRANKLIN HOMES, INC.

I, the undersigned, hereby certify that I am the President of Franklin Homes, Inc. ("Corporation"), a corporation duly organized and existing under the laws of the State of Alabama. The following is a true copy of a resolution duly adopted by the Board of Directors of the Corporation at a meeting duly held on the 28TH day of April, 2015, at which a quorum was present; and such resolution has not been rescinded or modified.

RESOLVED: The Corporation duly authorizes Peter D. James to execute all documents required for the filing of a Chapter 11 bankruptcy petition and plan of reorganization. The Firm of Benton & Centeno, LLP shall be and is hereby employed as counsel for the Corporation in connection with the prosecution of the Corporation's case under Chapter 11 of the Bankruptcy Code.

Further, said law firm is authorized to prepare (or cause to be prepared), execute and file (or cause to be filed) any and all petitions, schedules, motions, lists, applications, pleadings and other papers, to take any and all such other and further actions deemed necessary or appropriate in connection with the filing of the voluntary petition for relief under Chapter 11, including, but not limited to, motions to obtain the use of cash collateral, and to take and perform any and all further acts and deeds deemed necessary, property or desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case.

The Corporation is hereby authorized to pay all fees and expenses incurred by it or for its account in connection with the actions approved in any or all of the foregoing Resolutions, and all actions related thereof.

I further certify that there is no provision in the Charter or By-laws of the Corporation

1

limiting the power of the Board of Directors to pass the foregoing Resolution and that the same is in conformity with the provisions of its Charter and By-laws.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the said Corporation this 29th day of April, 2015.

                                                                        _____
                                                                        PETER D. JAMES
                                                                        President of Franklin Homes, Inc.

2