# United States Bankruptcy Court
## Northern District of Alabama

IN RE:                                              Case No. _____

Franklin Homes, Inc. _____    Chapter **11**
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **CB&S Bank**<br>**200 S. Jackson Avenue**<br>**P.O. Box 910**<br>**Russellville, AL 35653** | | **Bank loan** | | **6,354,669.00**<br>**Collateral:**<br>**3,700,000.00**<br>**Unsecured:**<br>**2,654,669.00** |
| **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | | **Tax** | | **1,400,000.00** |
| **State Of Texas**<br>**Revenue Accounting Division**<br>**P.O. Box 13528**<br>**Austin, TX 78711-3528** | | **Tax** | **Disputed** | **374,000.00** |
| **GSH Of Alabama, LLC**<br>**4800 Whitesburg Drive, Ste. 30-351**<br>**Huntsville, AL 35802** | | **Payroll Reimbursement** | | **246,939.92** |
| **Strickland & Barksdale**<br>**P.O. Box 506**<br>**Russellville, AL 35653** | | **Trade debt** | | **120,455.00** |
| **RMP Capital**<br>**1747 Veterans Memorial Highway, Ste. 6**<br>**Islandia, NY 11749** | | **Trade debt** | | **120,000.00**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**120,000.00** |
| **State Of Alabama**<br>**Department Of Revenue/Legal Division**<br>**P.O. Box 320001**<br>**Montgomery, AL 36132-0001** | | **Tax** | **Disputed** | **94,000.00** |
| **Dixie Plywood**<br>**3225 Franklin Limestone Road**<br>**Antioch, TN 37013** | | **Trade debt** | | **73,226.46** |
| **Various Employees** | | **Wages/Salaries** | | **61,343.00** |
| **Sammy Taylor**<br>**46 Bainbridge Circle**<br>**Muscle Shoals, AL 35661** | | **Wages/Salaries** | **Unliquidated** | **61,040.00** |
| **Various Employees** | | **Wages/Salaries** | | **55,000.00** |
| **Wesco Distributing Inc.**<br>**P.O. Box 530409**<br>**Atlanta, GA 30353-0409** | | **Trade debt** | | **54,877.95** |
| **Posey Supply, Inc.**<br>**P.O. Box 156**<br>**Double Springs, AL 35553** | | **Trade debt** | | **43,143.41** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---:|
| **Patrick Industries, Inc.**<br>**4701 Solutions Center**<br>**Chicago, IL 60677-4007** | **Trade debt** | **40,125.52** |
| **Consolidated Forest Products**<br>**155 County Highway 62**<br>**Bear Creek, AL 35543** | Trade debt | 38,514.16 |
| **Service Partners**<br>**P.O. Box 2676**<br>**Mechanicsville, VA 23116-2676** | **Trade debt** | **33,353.38** |
| **UFPD**<br>**2701 Ada Drive**<br>**Elkhart, IN 46514** | **Trade debt** | **30,327.31** |
| **Pacific Lumber Resources**<br>**P.O. Box 296**<br>**Lake Oswego, OR 97034** | Trade debt | 29,531.78 |
| **Bennett Truck Transport**<br>**P.O. Box 100005**<br>**McDonough, GA 30253-9305** | **Trade debt** | **29,242.89** |
| **Powell's Tire And Axle, Inc.**<br>**635 Hwy 9 By-Pass West**<br>**Loris, SC 29569** | Trade debt | 27,800.75 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 4/29/15          Signature: _____

Peter D James, President

(Print Name and Title)

@ 1993-2013 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only